IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

IN RE DIRECT GENERAL )
CORPORATION SECURITIES ) NO. 3:05-0158
LITIGATION ) JUDGE CAMPBELL

ORDER

Pending before the Court are Defendants' Motion for a Limited Discovery Stay or To Stage Discovery (Docket No. 9) and Defendants' Motion to Dismiss the Consolidated Shareholder Derivative Complaint (Docket No. 12). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is DENIED. Consequently, Defendants' Motion for a Limited Discovery Stay is moot.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE