UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re DIRECT GENERAL CORPORATION SECURITIES LITIGATION | ) Civil Action No. 3:05-0077 ) ) Judge Todd J. Campbell ) Magistrate Judge Juliet E. Griffin |
| This Document Relates To: | ) ) <u>CLASS ACTION</u> |
| ALL ACTIONS. | ) ) ) |

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

THIS MATTER having come before the Court on Lead Plaintiffs' motion for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of March 30, 2007 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: _____   _____
                                  THE HONORABLE TODD J. CAMPBELL
                                  UNITED STATES DISTRICT JUDGE

Submitted by,

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT, #2672
DOUGLAS S. JOHNSTON, JR. #5782
TIMOTHY L. MILES, #21605
217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TOR GRONBORG
JEFFREY D. LIGHT
X. JAY ALVAREZ
RAMZI ABADOU


           s/ Jeffrey D. Light
_____
           JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Direct General.set\ORD ALLOCATION 00043473.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 13, 2007.

s/ Jeffrey D. Light
JEFFREY D. LIGHT

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: JeffL@lerachlaw.com

# Mailing Information for a Case 3:05-cv-00077

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  general_efile@lerachlaw.com

- **X. Jay Alvarez**
  jaya@lerachlaw.com

- **George Edward Barrett**
  gbarrett@barrettjohnston.com

- **Peter Q. Bassett**
  pbassett@alston.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Sean S. Buckley**
  sbuckley@willkie.com

- **Brigid M. Carpenter**
  bcarpenter@bakerdonelson.com msturges@bakerdonelson.com

- **Matthew M. Curley**
  mcurley@bassberry.com

- **Michael L. Dagley**
  mdagley@bassberry.com

- **Ames Davis**
  ames.davis@wallerlaw.com nancy.easterling@wallerlaw.com

- **James Alfred DeLanis**
  jdelanis@bakerdonelson.com

- **Darren G. Gibson**
  dgibson@willkie.com

- **Stephen W. Greiner**
  sgreiner@willkie.com mao@willkie.com;bbrodsky@willkie.com

- **Tor Gronborg**
  torg@lerachlaw.com

- **Scott P. Hilsen**

shilsen@alston.com

- **Douglas S. Johnston, Jr**
  djohnston@barrettjohnston.com

- **Jeffrey D. Light**
  jeffl@lerachlaw.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com

- **Brian O. O'Mara**
  briano@lerachlaw.com e_file_sd@lerachlaw.com

- **Brian D. Roark**
  broark@bassberry.com virwin@bassberry.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Matthew Joseph Sweeney, III**
  msweeney@bakerdonelson.com

- **Antonio Yanez, Jr**
  ayanez@willkie.com
  mao@willkie.com;sbuckley@willkie.com;dgibson@willkie.com;lcruz1@willkie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gordon Ball
Ball & Scott
Bank of America Center
550 Main Avenue
Suite 750
Knoxville, TN 37902

Robert C. Finkel
Wolf, Popper LLP
845 Third Avenue
New York, NY 10022

Karen Hanson Riebel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Maya Susan Saxena
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
```

5200 Town Center Circle
Suite 600
Boca Raton, FL 33486

**Steven G. Schulman**
Milberg, Weiss, Bershad, & Schulman, LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

**Joseph E. White, III**
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
5200 Town Center Circle
Suite 600
Boca Raton, FL 33486

**Manual Notice List**

Bruce Cormier
Antoinette DeCamp
Ernst & Young LLP
1225 Connecticut Avenue, NW
Washington, DC  20036
  202/327-6000
  202/327-6200 (Fax)